IKE VAN METER *v.* EMMA MURPHY ADDINGTON ET AL

5-5560                                              466 S. W. 2d 249

Opinion delivered May 3, 1971

*W. G. Dinning Jr.,* for appellant.

*David Solomon,* for appellees.

CONLEY BYRD, Justice. Appellant Ike Van Meter acquired a State tax deed from the State Land Commissioner under the following description:

"Parts of Section Exc. 1A W of RR SW ¼ NE ¼ Sec. 22 Twp. 2S, Range 3E, Acres 24, 100ths .00 year for which forfeited 1966."

In a quiet title suit by appellees Emma Murphy Addington and Deborah White, the trial court held :the description void. We affirm for the reasons stated in *Brinkley* v. *Halliburton*, 129 Ark. 334, 196 S. W. 118 (1917), *Halliburton* v. *Brinkley*, 135 Ark. 592, 204 S. W. 213 (1918), and *Irby* v. *Drusch*, 220 Ark. 250, 247 S. W. 2d 204 (1952).

Affirmed.